# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15cv94

| | |
|---|---|
| THOMAS A. GALLO and )<br>I-MINERALS USA, INC., )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>UNIMIN CORPORATION, et al., )<br>  )<br>    Defendants. )<br>_____ ) | **ORDER** |

Pending before the Court is the Motion to Compel [# 29]. Plaintiff Thomas A. Gallo moves to compel Defendants to fully answer his discovery requests. Counsel, however, recently informed the Court that Defendants and Plaintiff Thomas A. Gallo had reached a settlement of the claims asserted by the parties in this action, and that the parties would be filing a stipulation of dismissal as to those claims. Because the filing of a stipulation of dismissal would render the pending Motion to Compel moot, the Court **STAYS** the deadline for filing any additional briefs related to the Motion to Compel. Moreover, the Court will not rule on the motion. If the parties are unable to finalize the settlement within thirty (30) days of the entry of this Order, the Court **DIRECTS** the parties to notify the Court that no stipulation of dismissal will be forthcoming, and the Court will enter an order

setting new deadlines for the filing of any additional briefing on the Motion to Compel.

Signed: April 15, 2016

Dennis L. Howell
United States Magistrate Judge