IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv94

| | | |
|---|---|---|
| THOMAS A. GALLO and I-MINERALS USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| UNIMIN CORPORATION, JOSEPH C. SHAPIRO and RICHARD C. ZIELKE, | ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is the Motion to Amend Case Deadlines [# 42]. The parties jointly move for a thirty day extension of the remaining deadlines in this case to allow for the finalization of settlement of this matter. For good cause shown, the Court **GRANTS** the motion [# 42]. The Court **EXTENDS** the discovery deadline, the discovery motion deadline, and the dispositive motion deadline for thirty (30) days. Any discovery motions are now due October 1, 2017. The discovery deadline is November 1, 2016. Dispositive motions are due December 1, 2016.

Signed: August 30, 2016

Dennis L. Howell
United States Magistrate Judge